Joseph M. **MEZA**, Plaintiff—Appellant,

v.

Joseph M. **ARPAIO**;  et al.,
Defendants—Appellees.

No. 09–15583.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 29, 2010.

Joseph M. Meza, Tucson, AZ, pro se.

Randall R. Garczynski, Esquire, Phoenix, AZ, for Defendants–Appellees.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Joseph M. Meza, an Arizona state prisoner, appeals pro se from the district court's order denying his motion for reconsideration of the judgment dismissing his 42 U.S.C. § 1983 action for failure to prosecute. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *United Nat'l Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir.2009), and we affirm.

The district court did not abuse its discretion by denying Meza's motion for reconsideration under Federal Rule of Civil Procedure 60(b) because Meza failed to provide a sufficient basis for relief from the judgment. *See id.* (listing bases for reconsideration under Rule 60(b)).

Meza's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.